433 A.2d 539

Hewes, Appellant v. Hoy.

Argued September 8, 1980. Maureen E. Hogan, for appellant; John T. Pfeiffer, for appellee.

570

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.